# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Medtronic, Inc., a Minnesota corporation, and Medtronic USA, Inc., a Minnesota corporation,

        Plaintiffs,

vs.

James Bradley Baker, Brandi DePalma-Leonard, and Advanced Neuromodulation Systems, Inc.,

        Defendants.

Court File No. 08-CV-5398 JMR/SRN

**STIPULATED ORDER**

WHEREAS: Defendants removed this matter to Federal Court; and Plaintiffs have moved to remand the matter to Minnesota State Court; and the parties have agreed that the case should be remanded to Minnesota State Court;

Therefore, IT IS HEREBY STIPULATED that the Court may enter the following Order:

## ORDER

Based upon the foregoing stipulation, IT IS HEREBY ORDERED as follows:

This matter is REMANDED to the Hennepin County District Court. The Clerk of the Court shall mail to the Clerk of the Hennepin County District Court a certified copy of this Order.

SCANNED
OCT 15 2008
U.S. DISTRICT COURT MPLS

Dated: October 10, 2008                MASLON EDELMAN BORMAN & BRAND, LLP

By _____
William Z. Pentelovitch (#85078)
Richard G. Wilson (16544X)
Mary R. Vasaly (#152523)
3300 Wells Fargo Center
Minneapolis, MN 55402
Phone: (612) 672-8200
Fax: (612) 672-8397

ATTORNEYS FOR PLAINTIFFS

Dated: October 10, 2008                BASSFORD REMELE, a Professional Corporation

By _____
Edward Fox
Kevin P. Hickey
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Main: 612.333.3000
Direct: 612.376.1620
Fax: 612.746.1220

ATTORNEYS FOR DEFENDANTS

**SO ORDERED:**

                                       BY THE COURT:

Dated: October __, 2008                _____
                                       The Honorable James M. Rosenbaum
                                       Judge of United States District Court

2