# UNITED STATES DISTRICT COURT
## District of Minnesota

**RESPOND TO:**

| | |
|---|---|
| ___ Warren E. Burger Federal Building and U.S. Courthouse | Phone (651) 848-1100 |
| ___ U. S. Courthouse, 300 S. Fourth St., Suite 202, Minneapolis, MN 55415 | Phone (612) 664-5000 |
| ___ Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse | Phone (218) 529-3500 |
| ___ U. S. Courthouse, 118 South Mill St., Suite 212, Fergus Falls, MN 56537 | Phone (218) 739-5758 |

| | | | |
|---|---|---|---|
| **DATE:** October 15, 2008 | | **CIVIL FILE NUMBER:** | 08-cv-05398-JMR-SRN |
| **CASE TITLE:** | Medtronic, Inc. et al v. Baker et al | | |
| | Discovery documents are returned pursuant to Federal Rules of Civil Procedure 5(d). | | |
| | Your original documents are returned. Copies of state court documents were submitted upon removal of the action to federal court. | | |
| X | A certified copy of the Order of Remand is enclosed. Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope. Our records indicate your State Court case number is 08-24143 | | |
| | The above entitled action is being transferred to your court pursuant to Order of Clerk of the MDL Panel filed on _____ A certified copy of the order and the docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. | | |
| | The above entitled action is being transferred to your court pursuant to Order of Judge _____ filed on _____ A certified copy of the order and the docket sheet are included. You can obtain the original record by accessing CM/ECF through PACER. Please acknowledge receipt by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. | | |
| | Your In Forma Pauperis application was approved. Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office. | | |
| | OTHER: | | |

Deputy Clerk: Janet

**SCANNED**
OCT 21 2008
U.S. DISTRICT COURT/MPLS

K:\XFR\forms\civil\Cklist.frm

Modified 09/23/08

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Medtronic, Inc., a Minnesota corporation,
and Medtronic USA, Inc., a Minnesota
corporation,

        Plaintiffs,

vs.

James Bradley Baker, Brandi DePalma-
Leonard, and Advanced Neuromodulation
Systems, Inc.,

        Defendants.

Court File No. 08-CV-5398 JMR/SRN

**STIPULATED ORDER**

FILED
08 OCT 16 PM 1:03

WHEREAS: Defendants removed this matter to Federal Court; and Plaintiffs have moved to remand the matter to Minnesota State Court; and the parties have agreed that the case should be remanded to Minnesota State Court;

Therefore, IT IS HEREBY STIPULATED that the Court may enter the following Order:

### ORDER

Based upon the foregoing stipulation, IT IS HEREBY ORDERED as follows:

This matter is REMANDED to the Hennepin County District Court. The Clerk of the Court shall mail to the Clerk of the Hennepin County District Court a certified copy of this Order.

---

A true printed copy in 2 sheet(s)
of the electronic record filed on 10/15/08
in the United States District Court
for the District of Minnesota.
CERTIFIED, 10-15, 2008.
    RICHARD D. SLETTEN
BY: _____
    Deputy Clerk

**SCANNED**
OCT 15 2008
U.S. DISTRICT COURT MPLS

Dated: October 10, 2008

MASLON EDELMAN BORMAN & BRAND, LLP

By _____
William Z. Pentelovitch (#85078)
Richard G. Wilson (16544X)
Mary R. Vasaly (#152523)
3300 Wells Fargo Center
Minneapolis, MN 55402
Phone: (612) 672-8200
Fax: (612) 672-8397

ATTORNEYS FOR PLAINTIFFS

Dated: October 10, 2008

BASSFORD REMELE, a Professional Corporation

By _____
Edward Fox
Kevin P. Hickey
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Main: 612.333.3000
Direct: 612.376.1620
Fax: 612.746.1220

ATTORNEYS FOR DEFENDANTS

**SO ORDERED:**

BY THE COURT:

Dated: October 17, 2008

_____
The Honorable James M. Rosenbaum
Judge of United States District Court

2



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Attn: _SAM_

RECEIVED BY MAIL

CLERK US DIST COURT
MINNEAPOLIS MN

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY ADDRESSEE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
300 S 4TH ST STE 202
MINNEAPOLIS MN 55415-9021

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES